IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JUDICIAL CIVIL FORFEITURE ) | Misc. No. 22-mj-151 |
| ) | |
| PROCEEDING ) | |

## NOTICE TO THE COURT

The United States of America hereby gives notice to this Honorable Court regarding Case 22-mj-151.

On July 26, 2022, an Order was entered granting an extension of time to file Civil Forfeiture Complaint to the United States until September 23, 2022.

On September 26, 2022, a Civil Forfeiture Complaint was filed against the United States Currency with the case number 22-cv-00115.

                                              Respectfully submitted,

                                              TIMOTHY T. DUAX
                                              United States Attorney

                                              By: */s/ Martin J. McLaughlin*

CERTIFICATE OF SERVICE

I hereby certify that on **October 12, 2022,** I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

By: */s/ B. Kilburg*

MARTIN J. McLAUGHLIN
Assistant United States Attorney
111 - 7TH Avenue SE
Cedar Rapids, IA   52401
(319) 363-6333
(319) 363-1990 - fax
Marty.McLaughlin@usdoj.gov